# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Darren K Proulx,<br><br>　　　　Plaintiff,<br><br>v.<br><br>NRIP LLC,<br><br>　　　　Defendant. | No. CV-21-01211-PHX-DJH<br><br>**ORDER** |

　　　　This matter is before the Court for administrative review. The Court notes that **Plaintiff** has failed to file the Notice of Filing-Copyright, Trademark or Patent Information pursuant to 35 U.S.C. § 290 and/or 15 U.S.C § 1116, and Rule 3.1(c) of the Local Rules. The Clerk of Court has issued <u>two notices</u> and set two prior deadlines by which the form should have been filed (Docs. 4, 7). To date, Plaintiff has not complied and the time to do so has passed. Therefore,

　　　　**IT IS ORDERED** that no later than <u>August 6, 2021,</u> **Plaintiff** shall show cause in writing for failure to comply with 35 U.S.C. § 290 and/or 15 U.S.C § 1116, and Rule 3.1(c) of the Local Rules.

/ / /

/ / /

/ / /

/ / /

/ / /

Failure to comply with this Order may result in sanctions. If the Plaintiff shows good cause and files the required form attached to this Order by the deadline, the Court will automatically discharge and vacate the Order to Show Cause.

Dated this 29th day of July, 2021.

_____
Honorable Diane J. Humetewa
United States District Judge