THIS DOCUMENT IS NOT IN PROPER FORM ACCORDING TO FEDERAL AND/OR LOCAL RULES AND PRACTICES AND IS SUBJECT TO REJECTION BY THE COURT.

REFERENCE CJvLR 5.4, 7.1(a)(1),(2),(3), 7.1(b)(1)
(Rule Number/Section)

August 5, 2021

Dear Judge Diane J. Humetewa,

CV-21-1211-PHX-DJH

I am writing this letter to explain my tardiness and reason for not completing the required documents in a timely manner.

Since filing the complaint on July 13, 2021, I have been traveling and did not receive the mail service until my return.

As a Pro Se Plaintiff, we are doing our very best to follow court rules and procedures.

I plan to engage legal counsel to represent me in this action, my Pro Se status will be changing.

Thank you for your patience and accommodation.

Respectfully,

Darren K. Proulx

501 Pyramid Way

Sparks, NV 89431

775-527-4000

✓ FILED ___ LODGED
___ RECEIVED ___ COPY

AUG 0 6 2021

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____DEPUTY