# EXHIBIT A



DONNA DIMAGGIO, ESQ.
Arizona Bar No. 029120
Email: ddimagio@nevadafirm.com
HOLLEY DRIGGS
400 South Fourth Street, Suite 300
Las Vegas, Nevada 89101
Phone: 702/791-0308
Fax:    702/791-1912

*Attorneys for Defendant NRIP LLC*

## UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| DARREN K. PROULX, an individual,<br><br>               Plaintiff,<br>v.<br><br>NRIP LLC,<br><br>               Defendant. | CASE NO.:   CV21-01211-PHX-DJH<br><br>**DECLARATION OF RAYMOND E. GUIN, JR. IN SUPPORT OF DEFENDANT'S MOTION TO TRANSFER TO THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEVADA** |

I, Raymond E. Guin, Jr., declare that:

1. I am the manager of Defendant, NRIP LLC ("Defendant") in the above-captioned matter.

2. I am over the age of 18 years and competent to testify herein. I make this declaration in support of Defendant's Motion to Transfer to the United States District Court for the District of Nevada.

3. I have personal knowledge of the facts contained herein. If called as a witness, I could testify competently to those matters, except as to those matters based upon information and belief, and as to those matters, I believe them to be true and correct.

4. I am a licensed real estate broker in Nevada.

5. Defendant is the intellectual property holding company for Nevada Realty Holdings LLC, which I manage (collectively, "Nevada Realty").

6. Defendant owns a federal trademark registration with the United States Patent and

- 1 -

13928-02/2618105.docx

Trademark Office ("USPTO") for the mark NR NEVADA REALTY (Reg. No. 5039224) in Class 36 for "real estate brokerage," a federal pending application for NEVADA REALTY (Ser. No. 90712480) in Class 36 for "real estate agency services, real estate brokerage, real estate investment services, and real estate listing," and a Nevada state trademark registration for NEVADA REALTY (Reg. No. 201900032612-29) (collectively, the "NEVADA REALTY® Marks").

7. Nevada Realty primarily conducts business in Las Vegas and Pahrump, Nevada.

8. Nevada Realty acts as a brokerage for thirty-four (34) real estate agents in Pahrump, Nevada who all operate under the NEVADA REALTY® brand.

9. Nevada Realty has been the number one in sales real estate company in Pahrump, Nevada for the past five (5) years.

10. Nevada Realty currently has approximately 300 real estate listings in Pahrump, Nevada alone—which is roughly 20% of the total active real estate listings in the area.

11. By virtue of its widespread use and excellent reputation, Nevada Realty's NEVADA REALTY® Marks have become distinctive, garner tremendous goodwill, and consumers recognize the NEVADA REALTY® Marks and the services provided thereunder as exclusively originating from and associated with Nevada Realty.

12. Plaintiff, Darren Proulx ("Plaintiff" or "Proulx"), is a Nevada real estate broker that also does business in Pahrump, Nevada.

13. I am informed and believe, and thereupon allege, that Plaintiff owns and/or has an interest in Desert Greens, a master planned adult community located at 130 Montecito Drive, Pahrump, Nevada 89048. Plaintiff also serves as Director of Desert Greens 2001 Home Owners Association, a Nevada nonprofit corporation having an address of 170 Montecito Drive, Pahrump, Nevada 89048.

14. Plaintiff is a direct competitor of Nevada Realty.

15. Prior to acquiring the domain name at issue, <nevadarealty.com>, (the "Disputed Domain Name"), Plaintiff and/or Plaintiffs' business affiliate, contacted Nevada Realty and asked to attend a biweekly Nevada Realty meeting to present and promote Plaintiffs' Desert Greens

13928-02/2618105.docx

properties.

16. Plaintiff and his business affiliate attended a meeting at Nevada Realty's office (which prominently bears the NEVADA REALTY® Marks) and made a presentation regarding Plaintiffs' Desert Greens property, and expressed his interest in having Nevada Realty and its agents sell Plaintiff's Desert Greens property because Nevada Realty was the number one real estate office in the area.

17. During the meeting, Plaintiff commented that he sees Nevada Realty's signs throughout Pahrump, (which all prominently display the NEVADA REALTY® Marks), and that Plaintiff wanted the number one real estate office in the area selling his properties.

18. By at least February 2020, Plaintiff acquired and began using the domain name <nevadarealty.com> to redirect Internet traffic to Plaintiff's Desert Greens Property website located at www.nevadagoodlife.com.

19. After I had received several inquiries from clients expressing confusion over Nevada Realty's affiliation and/or involvement with Plaintiffs' Desert Greens property, I initiated a domain name dispute pursuant to the UDRP through my attorney.

I declare under penalty of perjury, under the law of the State of Nevada, that the foregoing statements are true and correct.

Dated this  6  day of August, 2021.

RAYMOND E. GUIN, JR.

- 3 -

13928-02/2618105.docx